UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00507-LRH-CWH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| CORBIN RICE, | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED, that Defendant Corbin Rice has until noon on Thursday, January 19, 2012 to self-surrender to his designated Bureau of Prison's Facility, FCI Beaumont.

DATED  20th  day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE